IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Action No. 19-cr-00535-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OMAR BRICENO-QUIJANO,
2. OFELIA LOPEZ,
3. LUIS ALBERTO IBARRA-TADEO,
4. ROMEO LUJAN,
8. JONTE LEFLORE,
9. DUSTIN DEBARRIS,
10. STEVEN KEITH JONES,
11. FRANK ARROYO,
12. AMANDA LEE SUMPTER, and
13 NICOLE WICKMAN,

    Defendants.

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT
AND CONTINUE TRIAL DATES**

This matter is before the Court on Defendant Omar Briceno-Quijano's Unopposed Motion for and Ends of Justice Continuance (Doc. # 240). The Court has reviewed this motion and the case file, and the reasons set forth in the motion, specifically:

    1    Counsel received discovery in this case the week of November 9, 2020 which included eight terabytes of information.

2. The COVID-19 pandemic has delayed the normal progress of this case and counsel have very limited access their respective clients.

3. Counsel needs additional time to review discovery with their respective clients.

5. The Co-Defendants do not object to a continuance.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendants in a speedy trial. It is, therefore,

ORDERED that Defendant Omar Briceno-Quijano's Unopposed Motion for and Ends of Justice Continuance (Doc. # 240) is GRANTED and the Court hereby grants an ends of justice continuance in this case of **120 days**, which shall be excluded from the earliest speedy trial clock of the Defendants, which currently stands at **December 20, 2020**. It is

ORDERED that pretrial motions are due by **March 1, 2021**. Responses due by **March 15, 2021**. If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed.

FURTHER ORDERED that the Final Trial Preparation Conferences set for **December 2, 2020 and December 16, 2020** are VACATED and RESET to **March 31, 2021 at 3:00 PM** in Courtroom A 602 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO, before Judge Christine M. Arguello. It is

FURTHER ORDERED that the **five-day** jury trial set to begin on **December 14, 2020 and January 4, 2021** are VACATED and RESET to **April 12, 2021, at 8:30 AM**, in Courtroom A 602 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO, before Judge Christine M. Arguello.

Counsel are directed to review this Court's Criminal Practice Standards.

DATED:  November 16, 2020

BY THE COURT:

*(signature)*
CHRISTINE M. ARGUELLO
United States District Judge